Jeff R. Sykes, ISB #5058
Anna E. Eberlin, ISB #7718
MEULEMAN MOLLERUP LLP
755 West Front Street, Suite 200
Boise, Idaho 83702
Telephone: 208.342.6066
Facsimile: 208.336.9712
sykes@lawidaho.com
aeberlin@lawidaho.com

Attorneys For Defendant Challenger Companies, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JADE R. JACKSON, an individual, | Case No. _____ |
| Plaintiff, | |
| vs. | **DEFENDANT'S NOTICE OF REMOVAL** |
| CHALLENGER COMPANIES, INC., an Idaho corporation, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Defendant Challenger Companies, Inc. ("CCI"), by and through the undersigned counsel, hereby removes the above-captioned action from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, to the United States District Court for the District of Idaho, pursuant to 28 US.C. §§ 1331, 1441 and 1446.

**DEFENDANT'S NOTICE OF REMOVAL - Page 1**
I:\10078.002\PLD\USDC-Not of Removal 120224.doc

## I.
## BACKGROUND AND BASIS FOR REMOVAL

On February 10, 2012, Plaintiff Jade R. Jackson ("Jackson") filed his Complaint With Jury Demand ("Complaint") against CCI in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, as styled above and being Civil Action No. CV OC 12-02460 ("Lawsuit"). Jackson seeks to recover damages from, and alleges claims against CCI of unlawful employment practices on the basis of disability under Title I of the Americans With Disabilities Act, 42 U.S.C. §§ 12-101, *et seq.*, as amended by the ADA Amendments Act of 2008, Pub.L. No. 110-325 (2008) (collectively, "ADA"). Jackson is an individual residing in the County of Ada, State of Idaho; CCI is an Idaho corporation with its principal place of business is in the County of Canyon, State of Idaho.

The Lawsuit falls under this Court's original jurisdiction under 28 U.S.C. § 1331. Removal is therefore proper pursuant to 28 U.S.C. § 1441. Moreover, this Notice of Removal is timely under 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of the date upon which CCI received, through service or otherwise, a copy of Jackson's Complaint.

## II.
## STATE COURT PLEADINGS ATTACHED HERETO

Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings, process and documents related to the Lawsuit are attached hereto as Exhibit A.

### III.
### FEDERAL QUESTION JURISDICTION EXISTS

A federal question exists, as Jackson's claims are brought under the ADA, 42 U.S.C. §§ 12-101, *et seq*.

### IV.
### REMOVAL IS TIMELY AND PROPER

Pursuant to 28 U.S.C. § 1446(b), "[i]f the case stated by the initial pleadings is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." This removal is timely, as it is being filed within thirty (30) days of service of the Complaint on February 10, 2012.

**WHEREFORE,** CCI requests removal of the Lawsuit from the District Court of the Fourth Judicial District of the State of Idaho, County of Ada, bearing Case No. CV OC 12-02460, to the United States District Court for the District of Idaho in accordance with 28 U.S.C. § 1441. For the reasons set forth above, CCI requests that the Court accept this Notice of Removal and assume jurisdiction of this cause.

**RESPECTFULLY SUBMITTED** this 28th day of February 2012.

MEULEMAN MOLLERUP LLP

BY: _____
Jeff R. Sykes
Attorneys For Defendant
Challenger Companies, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of February 2012, I filed the foregoing electronically through the CM/ECF system, which may have caused some or all of the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

> William H. Thomas, Esq.
> Thomas, Williams & Park, LLP
> 121 North 9th Street, Suite 300
> Boise, Idaho 83701
> Telephone:  208.345.7800
> Facsimile:  208.345.7894
> *Attorneys For Plaintiff*
>
> wmthomas@thomaswilliamslaw.com

_____
Jeff R. Sykes