IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JADE R. JACKSON, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHALLENGER COMPANIES, INC.,<br>an Idaho corporation,<br><br>　　　　　　　　Defendant. | Case No. 1:12-cv-00093-S-LMB<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

Having considered the Stipulation for Dismissal with Prejudice (Dkt. 16), and good cause appearing: It is ORDERED that, this action is dismissed with prejudice, with each party bearing their own attorneys' fees and costs.

DATED: May 6, 2013

_____
Honorable Larry M. Boyle
U. S. Magistrate Judge